TROJAN BUILDING AND LOAN ASSOCIATION, complainant,

*v.*

PHILMAR CONSTRUCTION CORPORATION et al., defendant.

[Decided October 15th, 1928.]

Appeal of Frank Melfi.

On appeal from an order of the court of chancery.

*Mr. Joseph Zemel,* for the appellant.

*Messrs. Nelson & Offen,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *6 N. J. Mis. R. 99.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   15.

*For reversal*—None.